# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00233-CV

**In re Aubrey Mercier**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed an unopposed motion to dismiss the petition for writ of mandamus, informing the Court that the parties have resolved their dispute. We grant the motion and dismiss the petition for writ of mandamus.

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: October 2, 2020